**IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE**
**AT KNOXVILLE**
**DECEMBER SESSION, 1997**

**FILED**

**March 23, 1998**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

| | | |
|---|---|---|
| **STATE OF TENNESSEE,** | ) | |
| | ) | **No. 03C01-9706-CR-00232** |
| **Appellee** | ) | |
| | ) | **UNION COUNTY** |
| **vs.** | ) | |
| | ) | **Hon. LEE ASBURY, Judge** |
| **ROBERT H. McCURDY,** | ) | |
| | ) | **(Aggravated Sexual Battery)** |
| **Appellant** | ) | |

## SEPARATE CONCURRING OPINION

I concur in the results reached by the majority. For those reasons expressed in State v. Cooper, No. 01C01-9604-CC-00150 (Tenn. Crim. App. at Nashville, Nov. 17, 1997) (Hayes, J., concurring), I write separately to note my agreement with the trial judge that the so-called truth in sentencing provisions, as codified in Tenn. Code Ann. § 40-35-201, are unconstitutional. Accordingly, I find no error in the trial court's rejection of the requested instructions.

_____
DAVID G. HAYES, Judge